| | |
|---|---|
| 1 | STEVEN L. HAMMOND (SBN 220521) |
| | ANDREW M. KLIMENKO (SBN 124612) |
| 2 | Hammond Law Group, P.C. |
| | One Embarcadero Center, Suite 2360 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 955-1915 |
| 4 | |
| | DAVID HARRIS (SBN 215224) |
| 5 | North Bay Law Group |
| | 116 E Blithedale Avenue, Suite 2 |
| 6 | Mill Valley, CA 94941 |
| | Telephone: (415) 388-8788 |
| 7 | |
| | FRANCIS SHEHADEH (SBN 251130) |
| 8 | Law Office of Francis J. Shehadeh |
| | 819 Eddy Street |
| 9 | San Francisco, CA 94109 |
| | Telephone: (415) 771-6174 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | DONALD LOUNIBOS |
| 12 | MICHELLE B. HEVERLY (SBN 178660) |
| | KARIN M. COGBILL (SBN 244606) |
| 13 | LITTLER MENDELSON, P.C. |
| | 50 W. San Fernando, 15th Floor |
| 14 | San Jose, CA 95113.2303 |
| | Telephone: (408) 998.4150 |
| 15 | |
| | Attorneys for Defendant |
| 16 | KEYPOINT GOVERNMENT SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD LOUNIBOS, individually and on behalf of all others similarly situated, | | Case No. 12-CV-0636 (EMC) |
| | Plaintiff, | **STIPULATION AND [P~~RO~~OPOSED] ORDER CONTINUING ADR DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | | |
| KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation, and Does 1-10, inclusive, | | |
| | Defendants. | |

1.

**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CASE MANAGEMENT CONFERENCE**

The parties hereby stipulate as follows:

WHERAS, the instant matter was referred to panel mediation through the ADR Department of the Northern District of California. The parties were assigned to mediate this matter with the Honorable David A. Garcia (Ret.) through JAMS in San Francisco, California. To this end, the parties' current deadline to complete mediation is September 1, 2012. In light of Judge Garcia's schedule, however, the first available date the parties could schedule the mediation is September 6, 2012;

WHEREAS, a Further Case Management Conference is currently scheduled to take place on September 14, 2012 at 10:30 a.m. in Courtroom 5, before the Honorable Edward M. Chen; and

WHEREAS, the parties respectfully request that the Court grant a 15-day continuance of the parties' mediation deadline so that the parties can take part in the mediation with Judge Garcia on September 6, 2012;

IT IS THEREFORE STIPULATED AND AGREED that the parties shall complete mediation on or before September 15, 2012. The parties further stipulate to continue the Further Case Management Conference until October 12, 2012 at 10:30 a.m. in Courtroom 5, if that is convenient to the Court. The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

**IT IS SO STIPULATED.**

DATED: July 18, 2012    NORTH BAY LAW GROUP

_____/s/_____
David S. Harris
Attorney For Plaintiff
DONALD LOUNIBOS

DATED: July 18, 2012    LITTLER MENDELSON

_____/s/_____
Michelle Heverly
Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS

2.

**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CASE MANAGEMENT CONFERENCE**

1 **IT IS HEREBY ORDERED AS FOLLOWS:**

2 The parties shall complete mediation on or before September 15, 2012. The Further Case
3 Management Conference is continued to October ~~12~~, 26 2012 at 10:30 a.m. in Courtroom 5. The
4 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5 DATED: July 24, 2012

6 _____
Honorable Edward M. Chen
7 United States District Judge

8 Firmwide: 113238284.1 063273.1017



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

3.

**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CASE MANAGEMENT CONFERENCE**