| | |
|---|---|
| 1 | STEVEN L. HAMMOND (SBN 220521) |
| | ANDREW M. KLIMENKO (SBN 124612) |
| 2 | Hammond Law Group, P.C. |
| | One Embarcadero Center, Suite 2360 |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 955-1915 |
| 4 | |
| | DAVID HARRIS (SBN 215224) |
| 5 | North Bay Law Group |
| | 116 E Blithedale Avenue, Suite 2 |
| 6 | Mill Valley, CA 94941 |
| | Telephone:  (415) 388-8788 |
| 7 | |
| | FRANCIS SHEHADEH (SBN 251130) |
| 8 | Law Office of Francis J. Shehadeh |
| | 819 Eddy Street |
| 9 | San Francisco, CA 94109 |
| | Telephone:  (415) 771-6174 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | DONALD LOUNIBOS |
| 12 | MICHELLE B. HEVERLY (SBN 178660) |
| | KARIN M. COGBILL (SBN 244606) |
| 13 | LITTLER MENDELSON, P.C. |
| | 50 W. San Fernando, 15th Floor |
| 14 | San Jose, CA 95113.2303 |
| | Telephone: (408) 998.4150 |
| 15 | |
| | Attorneys for Defendant |
| 16 | KEYPOINT GOVERNMENT SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOUNIBOS, individually and on behalf of all others similarly situated, | Case No. 12-CV-0636 (EMC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE** |
| v. | |
| KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation,  and Does 1-10, inclusive, | |
| Defendants. | |

1
STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE

The parties hereby stipulate as follows:

WHEREAS, the instant matter was referred to panel mediation through the ADR Department of the Northern District of California. The parties were assigned to mediate this matter with the Honorable David A. Garcia (Ret.) through JAMS in San Francisco, California. To this end, the parties' previously requested a continued deadline to complete mediation by September 15, 2012. (Dkt No. 17);

WHEREAS, the parties are engaged in preliminary discovery in advance of the mediation, but as a result of scheduling conflicts, the parties will not be able to complete the necessary depositions prior to the current ADR deadline;

WHEREAS, the parties have continued their mediation with Judge Garcia to September 26, 2012;

WHEREAS, the parties respectfully request that the Court grant a 30-day continuance of the parties' mediation deadline. The next Case Management Conference is scheduled for October 26, 2012, and thus the parties' do not anticipate that a further continuance of the ADR deadline will impact the current case schedule;

IT IS THEREFORE STIPULATED AND AGREED that the parties shall complete mediation on or before October 15, 2012.

**IT IS SO STIPULATED.**

DATED: August 15, 2012      NORTH BAY LAW GROUP

*/s/ David S. Harris*
David S. Harris
Attorney For Plaintiff
DONALD LOUNIBOS

DATED: August 15, 2012      LITTLER MENDELSON

*/s/ Karin M. Cogbill*
Karin M. Cogbill
Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS, INC.

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED AS FOLLOWS:** |
| 2 | The parties shall complete mediation on or before October 15, 2012. |
| 3 | |
| 4 | DATED: August __16__, 2012 |
| 5 | _____ |
| | Honorable Edward M. Chen |
| | United States District Court Magistrate |
| 6 | |
| 7 | Firmwide:113806375.1 063273.1017 |



*IT IS SO ORDERED*
Judge Edward M. Chen