STEVEN L. HAMMOND (SBN 220521)
ANDREW M. KLIMENKO (SBN 124612)
Hammond Law Group, P.C.
One Embarcadero Center, Suite 2360
San Francisco, California 94111
Telephone: (415) 955-1915

DAVID HARRIS (SBN 215224)
North Bay Law Group
116 E Blithedale Avenue, Suite 2
Mill Valley, CA 94941
Telephone: (415) 388-8788

FRANCIS SHEHADEH (SBN 251130)
Law Office of Francis J. Shehadeh
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174

Attorneys for Plaintiff
DONALD LOUNIBOS

MICHELLE B. HEVERLY (SBN 178660)
KARIN M. COGBILL (SBN 244606)
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: (408) 998.4150

Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOUNIBOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 12-CV-0636 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

1

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CONTINUING CASE MANAGEMENT CONFERENCE

The parties hereby stipulate as follows:

WHEREAS, the instant matter was referred to panel mediation through the ADR Department of the Northern District of California. The parties were assigned to mediate this matter with the Honorable David A. Garcia (Ret.) through JAMS in San Francisco, California. To this end, the parties' current deadline to complete mediation is October 15, 2012. A Further Case Management Conference is currently scheduled to take place on October 26, 2012 at 10:30 a.m. in Courtroom 5, before the Honorable Edward M. Chen;

WHEREAS, the parties have exchanged documentation and taken the deposition of the Plaintiff Donald Lounibos, as well as taken the depositions of two employees at Defendant KeyPoint Government Solutions, Inc. During the depositions, the parties acknowledged the need for an additional exchange of documentation in order to ensure a productive mediation. As a result, the mediation with Judge David A. Garcia (Ret.) was rescheduled to take place at JAMS in San Francisco on November 2, 2012, the first mutually-agreeable date for all parties;

WHEREAS, the parties respectfully request that the Court grant a 30-day continuance of the parties' mediation deadline so that the parties can take part in mediation with Judge Garcia on November 2, 2012;

IT IS THEREFORE STIPULATED AND AGREED that the parties shall complete all mediation efforts on or before November 15, 2012. The parties further stipulate to continue the Case Management Conference until November 30, 2012, at 10:30 a.m. in Courtroom 5, if that date is convenient to the Court. The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

**IT IS SO STIPULATED.**

DATED: October 10, 2012

                                      NORTH BAY LAW GROUP

                                      _____/s/_____
                                      David S. Harris
                                      Attorney For Plaintiff
                                      DONALD LOUNIBOS

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CONTINUING CASE MANAGEMENT CONFERENCE

1 | DATED: October 10, 2012

2 | LITTLER MENDELSON

4 | _____/s/_____
Michelle Heverly
Attorneys for Defendant
5 | KEYPOINT GOVERNMENT SOLUTIONS

7 | **IT IS HEREBY ORDERED AS FOLLOWS:**

8 | The parties shall engage in mediation with Hon. David A. Garcia at JAMS in San Francisco on November 2, 2012, and all mediation efforts shall be completed on or before November 15, 2012. The Case Management Conference is continued to November 30, 2012, at 10:30 a.m. in Courtroom 5. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

14 | DATED: October 15, 2012  _____
Honorable Edward M. Chen
15 | *United States District Court Judge*

17 | Firmwide:115081196.1 063273.1017

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CONTINUING CASE MANAGEMENT CONFERENCE