| | |
|---|---|
| 1 | STEVEN L. HAMMOND (SBN 220521)<br>Hammond Law Group, P.C. |
| 2 | One Embarcadero Center, Suite 2360<br>San Francisco, California 94111 |
| 3 | Telephone: (415) 955-1915 |
| 4 | DAVID HARRIS (SBN 215224)<br>North Bay Law Group |
| 5 | 116 E Blithedale Avenue, Suite 2<br>Mill Valley, CA 94941 |
| 6 | Telephone: (415) 388-8788 |
| 7 | FRANCIS SHEHADEH (SBN 251130)<br>Law Office of Francis J. Shehadeh |
| 8 | 819 Eddy Street<br>San Francisco, CA 94109 |
| 9 | Telephone: (415) 771-6174 |
| 10 | Attorneys for Plaintiff<br>DONALD LOUNIBOS |
| 11 | |
| 12 | MICHELLE B. HEVERLY (SBN 178660)<br>KARIN M. COGBILL (SBN 244606)<br>LITTLER MENDELSON, P.C. |
| 13 | 50 W. San Fernando, 15th Floor<br>San Jose, CA 95113.2303 |
| 14 | Telephone: (408) 998.4150 |
| 15 | Attorneys for Defendant<br>KEYPOINT GOVERNMENT SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | DONALD LOUNIBOS, individually and on behalf of all others similarly situated, | Case No. 12-CV-0636 (EMC) |
| 20 | Plaintiff, | **NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**   (CMC reset for 2/14/13 at 1:30 p.m.) |
| 21 | v. | |
| 22 | KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation, and Does 1-10, inclusive, | |
| 23 | | |
| 24 | Defendants. | |

## STIPULATION

Plaintiff Donald Lounibos ("Plaintiff") and Defendant Keypoint Government Solutions, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on November 2, 2012, the Parties had a full day mediation session with the Hon. David Garcia (Ret.) ("Judge Garcia") at JAMS in San Francisco, California, at which the Parties were not able to settle the case but agreed to continue settlement discussions;

**WHEREAS**, the Parties since the last mediation session continued settlement discussions through Judge Garcia and on November 14, 2012, the Parties reached a settlement in principle based on the terms discussed at the mediation and based on further discussions and proposals made by the Parties and by Judge Garcia and have resolved this matter on a class-wide basis;

**WHEREAS**, this case currently is scheduled for a Case Management Conference on November 30, 2012 at 10:30 A.M. ("the Case Management Conference");

**WHEREAS**, the Parties believe it would conserve judicial resources and promote efficiency to vacate the Case Management Conference in light of the resolution of this case;

**WHEREAS**, the Parties have agreed that Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion For Preliminary Approval") shall be filed on or before January 10, 2013, and shall be set for hearing on February 14, 2013, or as soon thereafter as is convenient for the Court;

**WHEREAS**, there is no trial date set for this case;

///
///
///
///
///
///
///
///
///

1 **IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as
2 follows:
3 The Case Management Conference shall be vacated and the Motion for Preliminary Approval
4 shall be filed on or before January 10, 2013, and shall be set for hearing on February 14, 2013, or as soon
5 thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: November 19, 2012

NORTH BAY LAW GROUP

_____/s/_____
David S. Harris
Attorney For Plaintiff
DONALD LOUNIBOS

DATED: November 19, 2012

LITTLER MENDELSON

_____/s/_____
Karin Cogbill
Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS

## [P~~ROPO~~SED] ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference set for November 30, 2012, at 10:30 a.m. is ~~VACATED~~. reset for 2/14/13 at 1:30 pm.

Plaintiff shall file the Motion for Preliminary Approval on or before January 10, 2013.

The hearing on the Motion for Preliminary Approval shall take place on February 14, 2013, at 1:30 p.m. in Courtroom 5.

DATED: November 20, 2012

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen