STEVEN L. HAMMOND (SBN 220521)
Hammond Law Group, P.C.
One Embarcadero Center, Suite 2360
San Francisco, California 94111
Telephone: (415) 955-1915

DAVID HARRIS (SBN 215224)
North Bay Law Group
116 E Blithedale Avenue, Suite 2
Mill Valley, CA 94941
Telephone: (415) 388-8788

FRANCIS SHEHADEH (SBN 251130)
Law Office of Francis J. Shehadeh
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174

Attorneys for Plaintiff
DONALD LOUNIBOS

MICHELLE B. HEVERLY (SBN 178660)
KARIN M. COGBILL (SBN 244606)
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: (408) 998.4150

Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOUNIBOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation, and Does 1-10, inclusive,<br><br>Defendants. | Case No. 12-CV-0636 (EMC)<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

## STIPULATION

Plaintiff Donald Lounibos ("Plaintiff") and Defendant Keypoint Government Solutions, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on November 2, 2012, the Parties engaged in a full day mediation session with the Hon. David Garcia (Ret.) ("Judge Garcia") at JAMS in San Francisco, California, at which time the Parties were not able to settle the case but agreed to continue settlement discussions. Thereafter, the Parties continued settlement discussions through Judge Garcia and on November 14, 2012, the Parties reached a settlement in principle based on the terms discussed at the mediation and based on further discussions and proposals made by the Parties and by Judge Garcia and have resolved this matter on a class-wide basis;

**WHEREAS**, on November 19, 2012, the Parties filed a Notice of Settlement and Joint Stipulation and Proposed Order to Vacate Case Management Conference and Set Deadline for Filing Motion For Preliminary Approval of Class Action Settlement. This Stipulation and Proposed Ordered was entered by the Court on November 20, 2012. In particular, the Court's Order reset the Case Management Conference and the hearing on the Motion for Preliminary Approval for February 14, 2013, and set Plaintiff's deadline to file its Motion for Preliminary Approval for on or before January 10, 2013;

**WHEREAS**, the Parties have been working on the terms of the settlement agreement, notice and claim forms but require additional time to work through several issues and to file the Motion for Preliminary Approval of Class Action Settlement.

///
///
///
///
///
///
///
///
///

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The deadline for Plaintiff to file the Motion for Preliminary Approval shall be continued from January 10, 2013, to January 24, 2013. The Case Management Conference and the hearing on the Motion for Preliminary Approval shall be continued from February 14, 2013, to February 28, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: January 7, 2013

NORTH BAY LAW GROUP

_____/s/_____
David S. Harris
Attorney For Plaintiff
DONALD LOUNIBOS

DATED: January 7, 2013

LITTLER MENDELSON

_____/s/_____
Karin Cogbill
Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Plaintiff's deadline to file the Motion for Preliminary Approval shall be continued from January 10, 2013 to January 24, 2013.

The Case Management Conference and the hearing on the Motion for Preliminary Approval shall be continued from February 14, 2013, to February 28, 2013 at 1:30 p.m. in Courtroom 5.

DATED: January 9, 2013

_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] CONTINUING
PRELIMINARY APPROVAL