STEVEN L. HAMMOND (SBN 220521)
Hammond Law Group, P.C.
One Embarcadero Center, Suite 2360
San Francisco, California  94111
Telephone:  (415) 955-1915

DAVID HARRIS (SBN 215224)
North Bay Law Group
116 E Blithedale Avenue, Suite 2
Mill Valley, CA 94941
Telephone:  (415) 388-8788

FRANCIS SHEHADEH (SBN 251130)
Law Office of Francis J. Shehadeh
819 Eddy Street
San Francisco, CA 94109
Telephone:  (415) 771-6174

Attorneys for Plaintiff
DONALD LOUNIBOS

MICHELLE B. HEVERLY (SBN 178660)
KARIN M. COGBILL (SBN 244606)
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: (408) 998.4150

Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD LOUNIBOS, individually and on behalf of all others similarly situated, Plaintiff, v. KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation,  and Does 1-10, inclusive, Defendants. | Case No. 12-CV-0636 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
|---|---|

## STIPULATION

Plaintiff Donald Lounibos ("Plaintiff") and Defendant Keypoint Government Solutions, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on November 2, 2012, the Parties engaged in a full day mediation session with the Hon. David Garcia (Ret.) ("Judge Garcia") at JAMS in San Francisco, California, at which time the Parties were not able to settle the case but agreed to continue settlement discussions. Thereafter, the Parties continued settlement discussions through Judge Garcia and on November 14, 2012, the Parties reached a settlement in principle based on the terms discussed at the mediation and based on further discussions and proposals made by the Parties and by Judge Garcia and have resolved this matter on a class-wide basis;

**WHEREAS**, on January 7, 2013, the Parties filed a Joint Stipulation and Proposed Order Continuing Deadline for Filing Motion For Preliminary Approval of Class Action Settlement. This Stipulation and Proposed Ordered was entered by the Court on January 9, 2013. In particular, the Court's Order reset the Case Management Conference and the hearing on the Motion for Preliminary Approval for February 28, 2013, and set Plaintiff's deadline to file its Motion for Preliminary Approval for on or before January 24, 2013;

**WHEREAS**, the Parties have been working on the terms of the settlement agreement, notice and claim forms but have not finalized all of these documents. As such, the parties require additional time to finalize the terms of the settlement agreement, as well as to finalize the claim and notice forms and to file the Motion for Preliminary Approval of Class Action Settlement.

///
///
///
///
///
///
///
///

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The deadline for Plaintiff to file the Motion for Preliminary Approval shall be continued from January 24, 2013, to February 21, 2013. The Case Management Conference and the hearing on the Motion for Preliminary Approval shall be continued from February 28, 2013, to March 28, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: January 18, 2013

NORTH BAY LAW GROUP

/s/
David S. Harris
Attorney For Plaintiff
DONALD LOUNIBOS

DATED: January 18, 2013

LITTLER MENDELSON

/s/
Karin Cogbill
Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS

# [PR~~OPO~~SED] ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Plaintiff's deadline to file the Motion for Preliminary Approval shall be continued from January 24, 2013 to February 21, 2013.

The Case Management Conference and the hearing on the Motion for Preliminary Approval shall be continued from February 28, 2013, to March 28, 2013 at 1:30 p.m. in Courtroom 5.

DATED: January 24, 2013

Honorable _____
United States District Judge
Judge Edward M. Chen

IT IS SO ORDERED

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT