1 | STEVEN L. HAMMOND (SBN 220521)
Hammond Law Group, P.C.
2 | One Embarcadero Center, Suite 2360
San Francisco, California  94111
3 | Telephone:  (415) 955-1915

4 | DAVID HARRIS (SBN 215224)
North Bay Law Group
5 | 116 E Blithedale Avenue, Suite 2
Mill Valley, CA 94941
6 | Telephone:  (415) 388-8788

7 | Attorneys for Plaintiff
DONALD LOUNIBOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOUNIBOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware Corporation,  and Does 1-10, inclusive,<br><br>Defendants. | Case No. 12-CV-0636 (JST)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE NEW MOTION FOR PRELIMINIARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Assigned to Honorable Jon S. Tigar<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

1

## **STIPULATION**

The parties hereby stipulate as follows:

WHEREAS, on July 12, 2013, the Court issued an Order Denying Motion for Preliminary Approval of Class Action Settlement ("Order") (docket number 45). In particular, the Order, stated, "Lounibos' motion for preliminary approval of the proposed settlement is denied without prejudice. Lounibos may file a new motion for preliminary approval of the proposed settlement that cures each of the deficiencies identified in this Order within sixty days of the date this order is filed. A case management conference will be held on October 2, 2013 at 2:00 p.m." Thus, under the terms of the Order, Plaintiff must file a new motion for preliminary approval on or before Tuesday, September 10. 2013;

WHEREAS, the Court's Order sets forth a number of issues and deficiencies in the proposed settlement, which the parties have been working to cure. There remain a couple of outstanding issues the parties continue to work through. Once the parties agree on a modified proposed structure, pursuant to paragraph 15.3 of the Settlement Agreement, the parties will memorialize any such changes to the settlement agreement in a written Amendment to be presented to the Court; and

WHEREAS, the parties believe they can cure all of the Court's concerns and present a proposed settlement that will be approved. To this end, the parties request a thirty (30) day extension of the deadline in order to come to agreement on a modified structure and file a new motion for preliminary approval of class action settlement.

IT IS THEREFORE STIPULATED AND AGREED that Plaintiff shall file a new motion for preliminary approval of class action settlement, which addresses the deficiencies set forth in the Court's Order, on or before October 9, 2013. The Case Management Conference, which is currently scheduled to take place on October 2, 2013, shall be continued to November 6, 2013, at 2:00 P.M., or the next available date this is convenient for the Court.

///

///

///

///

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: September 5, 2013    NORTH BAY LAW GROUP

By _____/s/_____
         David Harris

Attorneys for Plaintiffs
DONALD LOUNIBOS

Date: September 5, 2013    LITTLER MENDELSON, P.C.

By _____/s/_____
         Michelle Heverly

Attorneys for Defendants
KEYPOINT GOVERNMENT SOLUTIONS, INC.

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff shall file a new motion for preliminary approval of class action settlement on or before October 9, 2013. The Case Management Conference, currently scheduled for October 2, 2013, shall be continued to November 6, 2013, at 2:00 P.M.

DATED: September 6, 2013    _____
                                                 Honorable Jon S. Tigar
                                                 United States District Judge