1  STEVEN L. HAMMOND (SBN 220521)
   Hammond Law Group, P.C.
2  One Embarcadero Center, Suite 2360
   San Francisco, California 94111
3  Telephone: (415) 955-1915

4  DAVID HARRIS (SBN 215224)
   North Bay Law Group
5  116 E Blithedale Avenue, Suite 2
   Mill Valley, CA 94941
6  Telephone: (415) 388-8788

7  Attorneys for Plaintiff
   DONALD LOUNIBOS
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 DONALD LOUNIBOS, individually and          Case No. 12-CV-0636 (JST)
   on behalf of all others similarly situated,
13                                             **STIPULATION AND [PROPOSED] ORDER
                 Plaintiff,                    CONTINUING PLAINTIFF'S DEADLINE
14                                             TO FILE NEW MOTION FOR
        v.                                     PRELIMINIARY APPROVAL OF CLASS
15                                             ACTION SETTLEMENT**
   KEYPOINT GOVERNMENT
16 SOLUTIONS, INC., a Delaware
   Corporation, and Does 1-10, inclusive,     Assigned to Honorable Jon S. Tigar
17                                             450 Golden Gate Avenue
                 Defendants.                   San Francisco, CA 94102
18

1

## **STIPULATION**

The parties hereby stipulate as follows:

WHEREAS, on July 12, 2013, the Court issued an Order Denying Motion for Preliminary Approval of Class Action Settlement ("Order") (docket number 45). In particular, the Order, stated, "Lounibos' motion for preliminary approval of the proposed settlement is denied without prejudice. Lounibos may file a new motion for preliminary approval of the proposed settlement that cures each of the deficiencies identified in this Order within sixty days of the date this order is filed. A case management conference will be held on October 2, 2013 at 2:00 p.m."

WHEREAS, on October 8, 2013, the Court entered an Order continuing Plaintiff's Deadline to File New Motion for Preliminary Approval of Class Action Settlement. Pursuant to the October 8, 2013, Order, Plaintiff's current deadline to file a new Motion is October 30, 2013.

WHEREAS, the parties have come to agreement on all material terms to a modified settlement that addresses the issues set forth in the Court's Order, including, without limitation, a non-reversionary settlement and a revised class definition. The parties are in the process of memorializing this modified settlement; and

WHEREAS, in order to allow the parties to finalize the settlement and obtain all necessary signatures, the parties request a fifteen (15) day extension of the current deadline in order to finalize the modified settlement agreement and file a new motion for preliminary approval of class action settlement.

IT IS THEREFORE STIPULATED AND AGREED that Plaintiff shall file a new motion for preliminary approval of class action settlement, which addresses the deficiencies set forth in the Court's Order, on or before November 14, 2013. The Case Management Conference, which is currently scheduled to take place on December 4, 2013 at 2:00 P.M., shall be continued until December 18, 2012 at 2:00 P.M., or the next available date this is convenient for the Court.

///

///

///

///

///

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  October 29, 2013    NORTH BAY LAW GROUP

By  /s/
    David Harris

Attorneys for Plaintiffs
DONALD LOUNIBOS

Date:  October 29, 2013    LITTLER MENDELSON, P.C.

By  /s/
    Michelle Heverly

Attorneys for Defendants
KEYPOINT GOVERNMENT SOLUTIONS, INC.

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff shall file a new motion for preliminary approval of class action settlement on or before November 14, 2013.  The Case Management Conference, currently scheduled for December 4, 2013, shall be continued to January 22, 2014, at 2:00 P.M.

DATED:  October 29, 2013

_____
Honorable Jon S. Tigar
United States District Judge