1  STEVEN L. HAMMOND (SBN 220521)
   Hammond Law Group, P.C.
2  One Embarcadero Center, Suite 2360
   San Francisco, California  94111
3  Telephone:  (415) 955-1915

4  DAVID HARRIS (SBN 215224)
   North Bay Law Group
5  116 E Blithedale Avenue, Suite 2
   Mill Valley, CA 94941
6  Telephone:  (415) 388-8788

7  Attorneys for Plaintiff
   DONALD LOUNIBOS
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  DONALD LOUNIBOS, individually and        Case No. 12-CV-0636 (JST)
    on behalf of all others similarly situated,
13                                            **STIPULATION AND [PROPOSED] ORDER
                        Plaintiff,            CONTINUING PLAINTIFF'S DEADLINE
14                                            TO FILE NEW MOTION FOR
         v.                                   PRELIMINIARY APPROVAL OF CLASS
15                                            ACTION SETTLEMENT**
    KEYPOINT GOVERNMENT
16  SOLUTIONS, INC., a Delaware               Assigned to Honorable Jon S. Tigar
    Corporation,  and Does 1-10, inclusive,   450 Golden Gate Avenue
17                                            San Francisco, CA 94102
                        Defendants.
18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

The parties hereby stipulate as follows:

**WHEREAS**, on July 12, 2013, the Court issued an Order Denying Motion for Preliminary Approval of Class Action Settlement (docket number 45).  In particular, the July 12, 2013 Order, stated, "Lounibos' motion for preliminary approval of the proposed settlement is denied without prejudice. Lounibos may file a new motion for preliminary approval of the proposed settlement that cures each of the deficiencies identified in this Order within sixty days of the date this order is filed.  A case management conference will be held on October 2, 2013 at 2:00 p.m."

**WHEREAS**, on November 18, 2013, the Court entered an Order continuing Plaintiff's Deadline to File New Motion for Preliminary Approval of Class Action Settlement.  Pursuant to the November 18, 2013, Order, Plaintiff's current deadline to file a new Motion is December 5, 2013;

**WHEREAS**, the parties have come to agreement on all material terms to a modified settlement that the parties believe address all of the issues set forth in the Court's July 12, 2013 Order, including, without limitation, a non-reversionary settlement and a revised class definition and class period. Additionally, in order to address the Court's concern regarding class members potentially receiving preferential treatment in the distribution of the settlement proceeds, as specifically addressed in the Court's July 12, 2013 Order, the parties are in the process of gathering and analyzing each potential class member's regular, overtime and double time earnings for the revised class period in order to ensure that the proposed distribution of settlement funds are shared proportionally based on each class member's actual wages earned; and

**WHEREAS**, in order to allow the parties to finalize and enter into the amended settlement agreement and to obtain and analyze the class members' earnings data for the revised class period, the parties request a seven (7) day extension of the current deadline to file a new motion for preliminary approval of class action settlement.

**WHEREAS**, in light of the fact that the Motion for Preliminary Approval is unopposed, a full 35-day notice period is unnecessary;

**IT IS THEREFORE STIPULATED AND AGREED** that Plaintiff shall file a new Motion for Preliminary Approval of Class Action Settlement, which addresses the deficiencies set forth in the Court's July 12, 2013 Order, on or before December 12, 2013.  The hearing on the Motion for

Preliminary Approval of Class Action Settlement shall take place on January 9, 2014, at 2:00 P.M. in Courtroom 9.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  November 27, 2013

NORTH BAY LAW GROUP

By_____/s/_____
                   David Harris

Attorneys for Plaintiffs
DONALD LOUNIBOS

Date:  November 27, 2013

LITTLER MENDELSON, P.C.

By_____/s/_____
                   Karin Cogbill

Attorneys for Defendants
KEYPOINT GOVERNMENT SOLUTIONS, INC.

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff shall file a new Motion for Preliminary Approval of Class-Action Settlement on or before December 12, 2013.  The hearing on the Motion for Preliminary Approval shall take place on January 9, 2014, at 2:00 P.M. in Courtroom 9.

DATED:  December 2, 2013

_____
Honorable Jon S. Tigar
United States District Judge