1  STEVEN L. HAMMOND (SBN 220521)
   Hammond Law Group, P.C.
2  One Embarcadero Center, Suite 2360
   San Francisco, California  94111
3  Telephone:  (415) 955-1915

4  DAVID HARRIS (SBN 215224)
   North Bay Law Group
5  116 E Blithedale Avenue, Suite 2
   Mill Valley, CA 94941
6  Telephone:  (415) 388-8788

7  Attorneys for Plaintiff
   DONALD LOUNIBOS
8
   MICHELLE B. HEVERLY (SBN 178660)
9  KARIN M. COGBILL (SBN 244606)
   LITTLER MENDELSON, P.C.
10 50 W. San Fernando, 15th Floor
   San Jose, CA 95113.2303
11 Telephone: (408) 998.4150

12 Attorneys for Defendant
   KEYPOINT GOVERNMENT SOLUTIONS, INC.
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 DONALD LOUNIBOS, individually and       Case No. 12-CV-0636 (JST)
   on behalf of all others similarly situated,
17                                          **STIPULATION AND [PROPOSED] ORDER
              Plaintiff,                    CONTINUING JANUARY 22, 2014 CASE
18                                          MANAGEMENT CONFERENCE**
       v.
19
   KEYPOINT GOVERNMENT
20 SOLUTIONS, INC., a Delaware
   Corporation,  and Does 1-10, inclusive,
21
              Defendants.
22

23

24

25

26

27

28

                                         1                    CASE NO. 12-CV-0636 (JST)

**STIPULATION**

Plaintiff Donald Lounibos ("Plaintiff") and Defendant Keypoint Government Solutions, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on December 13, 2013, Plaintiff filed a Renewed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class and Approval of Notice Program ("Renewed Motion") (Dkt. No. 56);

**WHEREAS**, the Renewed Motion is set for hearing on January 23, 2014 (Dkt. No. 60).

**WHEREAS**, there is currently a Case Management Conference scheduled for January 22, 2014 - the day before the Renewed Motion hearing.

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The Case Management Conference shall be continued from January 22, 2014 to January 23, 2014, or as soon thereafter as is convenient for the Court and shall be held in conjunction with the Renewed Motion.

**IT IS SO STIPULATED.**

DATED: January 10, 2014

NORTH BAY LAW GROUP

 */s/ David S. Harris*
David S. Harris
Attorney For Plaintiff
DONALD LOUNIBOS

DATED: January 10, 2014

LITTLER MENDELSON

 */s/ Karin Cogbill*
Karin Cogbill
Attorneys for Defendant
KEYPOINT GOVERNMENT SOLUTIONS

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference presently scheduled for January 22, 2014 is continued to January 23, 2014 at 2:00 p.m. in Courtroom 9. In light of the pending Renewed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class and Approval of Notice Program, which is scheduled to be heard on January 23, 2014, the Parties are not required to submit Case Management Statements in advance of the hearing.

DATED: January 10, 2014

_____
Honorable Jon S. Tigar
*United States District Court Judge*