UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOUNIBOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYPOINT GOVERNMENT SOLUTIONS INC,<br><br>　　　　Defendant. | Case No. 12-cv-00636-JST<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 56 |

A hearing on Lounibos' motion for preliminary approval of a class action settlement is scheduled for a hearing on January 23, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission. The case management conference scheduled for January 23, 2013, also is VACATED.

**IT IS SO ORDERED.**

Dated: January 17, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge